IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WALKER,<br><br>             Plaintiff,<br><br>    v.<br><br>R. SETH WILLIAMS,<br><br>             Defendant. | CIVIL ACTION<br>NO. 15-1567 |

# ORDER

**AND NOW**, this 17th day of February 2016, upon consideration of Plaintiff's Amended Complaints (Doc. Nos. 8, 9), Defendant's Motion to Dismiss (Doc. No. 12), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (Doc. No. 14), Plaintiff's Motion to Supplement the Record (Doc. No. 15), and Plaintiff's Motion to Amend the Complaint to Include a Verification Form (Doc. No. 16), and in accordance with the Opinion issued this day, it is **ORDERED** that:

1. Plaintiff's Motion to Supplement the Record (Doc. No. 15) is **GRANTED.**

2. Plaintiff's Motion to Amend the Complaint to Include a Verification Form (Doc. No. 16) is **GRANTED**.

3. Defendant's Motion to Dismiss (Doc. No. 5) is **GRANTED**.

4. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.